1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CV-02661-JAM-EFB |
|---|---|
| Plaintiff, | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM MARCH 11, 2016 TO APRIL 9, 2016 |
| v. | |
| APPROXIMATELY $232,880.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the United States' Request to Extend the Deadline to Submit a Joint Status Report from March 11, 2016 to April 9, 2016, the Court finds that there is good cause to extend the deadline to file a joint status report in this case from March 11, 2016 to April 9, 2016.

IT IS SO ORDERED.

Dated:  3/10/2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge